35 So.3d 1027 (2010)
Francisco GARCIA, Appellant,
v.
PARADISE ACQUISITIONS & DEVELOPMENT, LLC, etc., Appellee.
No. 3D09-2639.
District Court of Appeal of Florida, Third District.
June 2, 2010.
Lawrence J. McGuinness, for appellant.
*1028 Wicker, Smith, O'Hara, McCoy & Ford, and Shelley H. Leinicke, Ft. Lauderdale, for appellee.
Before RAMIREZ, C.J., and COPE and SALTER, JJ.
PER CURIAM.
Affirmed. See Long v. Swofford, 805 So.2d 882 (Fla. 3d DCA 2001).